**CONTRACT FOR PRE-PETITION LEGAL SERVICES IN A CHAPTER 7 BANKRUPTCY CASE**

I, __Tina Johnson_____, hereby retain Jaafar Law Group PLLC (the "Law Firm") to represent my legal interests in the preparation and filing of a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

**Pre-petition Services.** I understand that the Law Firm is going to charge me $0.00 for the following pre-petition bankruptcy services: meeting and consulting with me as needed; detailed analysis of my client questionnaire; and preparation and filing of a Chapter 7 Voluntary Petition, Statement About Social Security Numbers, Pre-filing Credit Counseling Briefing Certificate and List of Creditors. I understand that, once my bankruptcy is filed, I will not be legally obligated to pay any fees for pre-petition services to the Law Firm. If any pre-petition fees are owed to the Law Firm and not paid as of the filing of the bankruptcy case, they will be discharged in the bankruptcy and may not be collected by the Law Firm or its assignees.

**Post-petition Options.** This contract contemplates that the Law Firm will provide all of the necessary services required for commencing a Chapter 7 bankruptcy case on my behalf. The Law Firm's contractual responsibilities will end upon completion of the filing of my bankruptcy case. However, the Law Firm will remain professionally obligated to serve as counsel for Client in the case until the Bankruptcy Court allows the Law Firm to formally withdraw. I understand that there remains post-petition legal work necessary to finish my bankruptcy case and receive a discharge.

After my bankruptcy case is filed, I shall have three options regarding post-petition representation:

(1) I may retain the Law Firm to represent me in the post-petition proceedings in my case. I will be presented with a second retainer agreement where I will promise to pay attorney's fees in the amount of $1422.00 ($1702.00 if a joint case) plus reimbursement of costs including for your credit report and pre-filing credit counseling course ($43/$63 if a joint case) and the $335 filing fee should you chose that the Law Firm front this fee for you for the Law Firm to represent me in the post-petition proceedings in my bankruptcy case, including the following services:
- Preparation and filing of my Statement of Financial Affairs and Schedules;
- Preparation for and attendance at my Section 341 Meeting of Creditors;
- Review of any redemption agreements;
- Review of any reaffirmation agreements;
- Follow through with case administration and monitoring; and
- Conduct a post-discharge review of my credit report to ensure accurate reporting.

If I chose this option, I acknowledge that I was given the option to pay all of my attorney fees prior to the filing of my case at a greatly reduced amount. However, I have elected to have my case filed for zero dollars upfront in return for a larger total fee. I acknowledge that Law Firm may sell and assign the rights of collection of their fee to a third-party company called BK Billing. I understand that BK Billing has an underwriting process in order to ultimately agree to purchase this account receivable from Law Firm and that should they decline to purchase it, I will be responsible to pay these fees directly to Law Firm and the filing fee will not be paid by Law Firm and must be paid by me directly to the Bankruptcy Court; OR

(2) I may seek to retain other legal counsel; OR
(3) I may proceed without legal representation (pro se). Although I am not prohibited from proceeding pro se, I recognize that choosing this option may result in my proceeding without any

legal representation for some portion of my bankruptcy case. If I choose this option, the Law Firm may seek to withdraw from my representation, but will continue to represent me until such time when the court enters an order authorizing the Law Firm to withdraw as my attorney in the bankruptcy case, or my bankruptcy case is closed or dismissed.

I shall have **ten (10) days** from the date my bankruptcy case is filed to retain the Law Firm for the post-petition services in this case. If I do not formally retain the Law Firm within that period, then I agree and consent to the Law Firm's withdrawal as counsel in this case.

As the Law Firm has duties to me as its client, I likewise have responsibilities. I agree to fully cooperate with the Law Firm. This includes, but is not limited to, providing the Law Firm with all information necessary and related to my bankruptcy case. In addition, I must attend all scheduled Court hearings and meetings. I understand that I am to notify my creditors of my bankruptcy case once my case is filed. I also understand that the Law Firm is not liable or responsible for any illegal collection actions taken by my creditors once my case is filed.

I further understand that, if I am filing a joint case, the use of the personal pronouns "I", "me" or "my" are binding upon each signatory individually. Moreover, any change in this contract is null and void unless it is in writing and signed by the Law Firm or an agent thereof.

I agree to be contacted by Law Firm via telephone (manually or through auto-dialer), mail, electronic mail, and SMS message to their cellular phones, and will diligently respond to each communication made by Attorney.

I acknowledge that I have received copies of all disclosure documents attached to this Contract. These documents include: Notice to Individual Consumer Debtor under §342(b); Disclosure Pursuant to §527(a)(2); Disclosure Pursuant to §527(b).

The entire agreement between Law Firm and Client(s) is contained in this instrument. The undersigned agree to all of the terms and conditions set forth herein and acknowledge that they have read and understand this agreement.

Dated: 11/17/2017 _____    Dated: _____

DocuSigned by:
*Tina Johnson*
A8C8C87326FC492...

_____    _____
Debtor                                      Co-Debtor (if applicable)


/s/ Jaafar Law Group PLLC