UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TINA JOHNSON,** | ) | Case No. 17-82868 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The United States Trustee has filed a motion for the entry of an order compelling the debtor's attorney to produce certain documents and other information. A copy of the motion is attached.

**Your rights may be affected. You should read the motion papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting the relief requested, or if you want the court to consider your views on the motion, then you or your attorney must:

Attend the hearing scheduled for **Wednesday, February 14, 2018, at 9:30 a.m.** or as soon thereafter as counsel may be heard at the United States Bankruptcy Court for the Northern District of Illinois, Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Room 3100, Rockford, Illinois 61101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: February 9, 2018                             Respectfully submitted,

                                                  PATRICK S. LAYNG
                                                  United States Trustee

                                       By:    */s/ Debra L. Schneider*
                                                    DEBRA L. SCHNEIDER
                                                    Attorney for the United States Trustee

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522, extension 5645

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TINA JOHNSON,** | ) | Case No. 17-82868 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The United States Trustee for the Northern District of Illinois, Western Division, Patrick S. Layng, respectfully requests that this Court enter an order directing Michael Burr, the debtor's attorney in this case, to produce certain documents and information to the United States Trustee, pursuant to Federal Rule of Bankruptcy Procedure 2004. In support of this motion, the United States Trustee states as follows:

1. The debtor, Tina Johnson ("the Debtor"), filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on December 5, 2017. The Debtor is represented by Attorney Michael Burr of Fairmax Law.

2. On January 19, 2018, the United States Trustee filed a motion to compel Attorney Burr to file his fee agreement with the Court pursuant to Local Rule 2016-1. The hearing on the United States Trustee's motion was scheduled for January 31, 2018.

3. On January 30, 2018, in response to the United States Trustee's Motion to Compel, Attorney Burr filed a copy of his fee agreement with the Court pursuant to Local Rule 2016-1. Doc. 28. The information in the agreement raised additional questions.

2

4. On January 31, 2018, the Court heard the United States Trustee's motion to compel the filing of the fee agreement. Attorney Burr did not appear at the hearing. The information in the agreement that Attorney Burr filed raised additional questions for both the United States Trustee and the Court; therefore, the Court set the matter over to February 14, 2018, at 9:30 a.m. for a continued hearing on the fee agreement.

5. Following the hearing on January 31, 2018, a member of the United States Trustee's staff e-mailed Attorney Burr and asked for additional documents relating to the fees charged in this case. Specifically, the United States Trustee requested that within five days, Attorney Burr provide any and all fee agreements between his firm, the Debtor, and the factoring facility referenced in the Rule 2016(b) disclosure, time records for him and his staff, and a record of all payments made by or on behalf of Ms. Johnson.

6. That same day, the undersigned e-mailed Attorney Burr separately and advised him that the Court had continued the hearing on the United States Trustee's Motion to Compel Compliance with Local Rule 2016-1 to February 14, 2018, at 9:30 a.m. as the Court and the United States Trustee had additional questions concerning his fee agreement. The undersigned also asked that Attorney Burr provide the additional requested documents promptly to allow sufficient time to review them prior to the continued hearing date of February 14, 2018.

7. Having received no response, a member of the United States Trustee's staff again e-mailed Attorney Burr on February 7, 2018, asking about the status of the documents. Notwithstanding these communications, Mr. Burr has not contacted the United States Trustee, has not provided any of the requested documents to the United States Trustee, and has not filed additional disclosures with the Court.

8. Section 329 of the Bankruptcy Code allows a bankruptcy court to examine compensation arrangements between debtors and their attorneys. Without the additional requested documents, the United States Trustee is unable to calculate the amounts paid to Attorney Burr or determine whether the fees received exceed the reasonable value of the services he rendered.

9. Because Attorney Burr has failed to provide the documents despite repeated requests, the United States Trustee respectfully requests that this Court enter an order compelling him to provide the requested documents within seven days of the date of the Court's order.

For the reasons set forth above, the United States Trustee respectfully requests that this Court enter an order requiring the Debtor's attorney, Michael Burr, to provide the United States Trustee with any and all fee agreements between his firm, the Debtor, and the factoring facility, time records for him and his staff, and a record of all payments made by or on behalf of Ms. Johnson, and for any further relief as the Court may deem appropriate.

Dated:   February 9, 2018                                Respectfully submitted,

                                                         PATRICK S. LAYNG
                                                         United States Trustee


                                                By:      /s/ Debra L. Schneider
                                                         DEBRA L. SCHNEIDER
                                                         Attorney for the United States Trustee

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, Wisconsin 53715
(608) 264-5522, extension 5646

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2018, a copy of the United States Trustee's Notice of Motion and Motion to Compel were served via CM/ECF on the following parties:

- Michael Burr        mburr@fairmaxlaw.com, paralegal2@fairmaxlaw.com
- James E Stevens     jimstevens@bslbv.com, IL48@ecfcbis.com

and by first class mail on February 9, 2018 to:

None.

*/s/ Maureen Gaber*
Maureen Gaber
Paralegal Specialist